870

judgment on the ground that petitioner has been denied a trial by jury which the Seventh Amendment to the Constitution is intended to guarantee. *Walter L. Clements* for petitioner. *Charles C. Collins* for the State Mutual Farm Ins. Co., respondent.

NOVEMBER 10, 1952.

No. 7. GORDON, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE, *v.* HEIKKINEN.

*Per Curiam:* The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the petition for writ of habeas corpus upon the ground that the cause is moot. *Acting Solicitor General Stern* for petitioner. *Blanch Freedman* for respondent.

No. 335. ASHTON POWER WRECKER EQUIPMENT Co., INC. *v.* MICHIGAN ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the reason that the application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). *Frederic T. Harward* for appellant. *Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellees.

No. 343. CITY OF ATLANTA *v.* ANGLIN ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *J. C. Mur-*